No. 02–9772. SOTO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9774. MILLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9776. BLACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9777. JOHNSON *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–9781. APONTE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9782. BOONE *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 02–9784. ADAMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9786. TAM TRAN NGUYEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9788. STRAND *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–9789. RANGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9791. CARRILLO-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9794. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–9796. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9802. WALLACE, AKA WALLHEE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.